FILED

NOV 10 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:25-CR-66 |
| EMILY ASTRAYKA, | |
| Defendant. | Violations: 18 U.S.C. § 1341 |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
(Mail Fraud)

On or about September 13, 2020, in Berkeley County, West Virginia, in the Northern District of West Virginia, defendant **EMILY ASTRAYKA**, for the purpose of executing, and attempting to execute, a scheme and artifice to defraud and to obtain money from the United States, through which the defendant intended to obtain financial benefits to which she was not entitled by means of false and fraudulent pretenses, representations, and promises, defendant **EMILY ASTRAYKA** did knowingly cause to be delivered by mail, according to the direction thereon, a matter and thing, that is, a check comprised of unemployment benefits, sent to her by WorkForce West Virginia, in violation of Title 18, United States Code, Section 1341.

Matthew L. Harvey
United States Attorney

Eleanor F. Hurney
Assistant United States Attorney

1